UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EUGENE QUARELLO,

                Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
----------------------------------------------------------------X

JUDGMENT
05-CV- 4675 (ENV)

An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on April 13, 2006, reversing the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed pursuant to sentence four of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
       April 13, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court